# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHELLE YOUNG,
                                    Appellant,

vs.

THE STATE OF NEVADA,
                                    Respondent.

No. 73466

**FILED**

SEP 0 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

We previously entered an order directing appellant to show cause why this appeal should be not be dismissed for lack of jurisdiction. Specifically, an order denying a pretrial petition for a writ of habeas corpus is not appealable. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990); *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980). Having considered appellant's response, we conclude appellant fails to demonstrate that this court has jurisdiction,[1] and we

ORDER this appeal DISMISSED.[2]

_____, C.J.
Cherry

_____, J.
Hardesty

_____, J.
Stiglich

---

[1]To the extent appellant suggests that the notice of appeal should be treated as an original writ petition, we decline to do so.

[2]We do not dismiss this appeal pursuant to appellant's notice of withdrawal of appeal, wherein appellant asserts that this appeal has been rendered moot by her subsequent entry of a plea to a lesser-included offense.

cc: Hon. Douglas W. Herndon, District Judge
Dayvid J. Figler
Law Office of Kristina Wildeveld
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Michelle Young

SUPREME COURT
OF
NEVAOA

(O) 1947A